IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PRIMITIVO AGUILAR-VALDEZ,
  aka Primitivo Valdez,
  aka Sergio Escalera-Valdez,

    Defendant.

**ORDER EXCLUDING TIME**

Case No. CR. S-11-438 LKK

The parties appeared before the undersigned for a status conference on May 1, 2012, and requested that the matter be continued to May 16, 2012 before the Honorable Kimberly J. Mueller, in anticipation of this case being ordered related to United States v. Escalera-Valdez, 2:11-cr-347 KJM. The government previously filed a Notice of Related Cases in both cases, explaining that the cases appear to be related within the meaning of the local rules.

The parties have represented that defense counsel only recently received discovery in this case and that additional time is needed to review it. The parties further represented that a modified pre-sentence report will have to be prepared in light of

this case's likely relation to <u>United States v. Escalera-Valdez</u>, 2:11-cr-347 KJM, in which the defendant has already entered a plea of guilty. Additional time will be need to accomplish this goal and to prepare for other pre-trial issues related to this case.

Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Thus, it is ordered that time from the date of this Order, to and including, the May 16, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: May 2, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT